JOSEPH A. BEAUDRY et al., Appellants, *v.* MASSACHUSETTS BONDING AND INSURANCE COMPANY, Respondent.

Argued March 16, 1942; decided April 23, 1942.

*Henry Cohen, Franklin Brooks* and *David Friedman* for appellants.
*Joseph F. Lenihan* for respondent.

Judgment affirmed, with costs; no opinion.

Concur: LEHMAN, Ch. J., LOUGHRAN, FINCH, RIPPEY, LEWIS, CONWAY and DESMOND, JJ.